sible relative to any individual circumstances or issues that may exist," *Clark,* 106 S.W.3d at 488. The trial court shall entertain Plaintiffs' motions for injunctive and declaratory relief, prejudgment interest, and attorney's fees. American Family's cross-appeal is denied.

The judgment of the trial court as to the causes of Counts I and II is reversed and remanded to reinstate the judgment rendered on the jury verdicts. Having taken up and denied the points raised in American Family's cross-appeal, this court, pursuant to Rule 72.01(c)(1), affirms the trial court's denial of American Family's motion for a new trial. The cause is remanded to the trial court for the sole purpose of taking up and deciding those matters mentioned in the preceding paragraphs.

All Concur.

James G. Krispin, Esq., St. Louis (Clayton), MO, for appellant.

Michael E. McCausland, Esq., Kansas City, MO, for respondent.

Before VICTOR C. HOWARD, P.J., JOSEPH M. ELLIS and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Timothy J. Davis appeals from a judgment entered after jury trial on his claim for personal injuries arising out of an automobile accident. Davis contends that the damages awarded by the jury were so inadequate that the trial court abused its discretion in denying him a new trial. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).

**Timothy DAVIS, Appellant,**

v.

**Susan ATKINSON, Respondent.**

**No. WD 69699.**

Missouri Court of Appeals, Western District.

May 5, 2009.

Application for Transfer to Supreme Court Denied June 23, 2009.

Application for Transfer Denied Sept. 1, 2009.

**STATE of Missouri, Respondent,**

v.

**Andrew E. BOEHM, Appellant.**

**No. ED 91461.**

Missouri Court of Appeals, Eastern District, Division Three.

May 5, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 15, 2009.

Application for Transfer Denied Sept. 1, 2009.